```
UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND
- - - - - - - - - - - - - - - - - -x
In re:                                    :

UTGR, INC., d/b/a TWIN RIVER, et al:        BK No. 09-12418
          Debtors                           Chapter 11

- - - - - - - - - - - - - - - - - -x
```

### ORDER VACATING AND CONTINUING HEARING ON CONFIRMATION OF DEBTORS' SECOND AMENDED PLAN OF REORGANIZATION

The hearing on Confirmation in the captioned case is scheduled for Tuesday, April 20, 2010, at 1:00 p.m. On April 15, 2010, the Debtors filed a status report on the developments regarding the "legislative initiatives" that are among the conditions precedent to the Plan's effective date. Upon review of this status report, it appears that supplemental budget terms are still being considered and negotiated by both the Rhode Island House and Senate.

Therefore, the Court deems it prudent and economical in the circumstances to **VACATE** the scheduled April 20, 2010, hearing on Confirmation, and to **CONTINUE** said hearing to **Tuesday, May 25, 2010, at 1:00 p.m.,** which coincides with the next scheduled Omnibus Hearing.

Entered as an Order of this Court.

Dated at Providence, Rhode Island, this   16th   day of April, 2010.

_____
Arthur N. Votolato
U.S. Bankruptcy Judge

Entered on docket: 4/16/10